AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Floyd Kimball  )
*Petitioner*  )
v.  )   Civil Action No.   2:11-cv-847-HFF
Mary Michell, FCI Edgefield Prison  )
*Respondent*  )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks are accepted. This petition is dismissed without prejudice and without requiring Respondent to file a return. The Petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C. § 2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry F. Floyd, United States District Judge.

Date:   July 15, 2011

*CLERK OF COURT*

s/H. Hillman
*Signature of Clerk or Deputy Clerk*